ELSE M. AXELRAD, Appellant, *v.* JOHN AXELRAD, Respondent.

Submitted May 23, 1955; decided May 24, 1955.

*William Rosenfeld* for motion.
*Chester A. Lessler* opposed.

Motion for adjournment of argument until the October, 1955, session of the Court of Appeals denied and case set down for argument during the third week of the present session.

Motion for an extension of time to serve and file respondent's brief granted to the extent that the brief may be served and filed no later than June 3, 1955.